Ken NELSON, a/k/a Kenneth M. Nelson, Daniel E. Hilty, Lydia B. Hilty, and Ken Nelson, d/b/a Albatross Company, a common law contractual investment organization under the laws of the Turks and Calcos Islands, British West Indies, Petitioners,

v.

Alan B. NICOL and Karen B. Nicol, Robert L. Hoerr and Jere L. Hoerr, Donald A. Anderson and Ruth L. Anderson, Respondents.

No. 89SC374.

Supreme Court of Colorado,
En Banc.

Oct. 16, 1989.

Petition for Writ of Certiorari DENIED.

LOHR, J., does not participate.

Ricardo ROYBAL, Petitioner,

v.

The PEOPLE of the State of Colorado, Respondent.

No. 89SC345.

Supreme Court of Colorado,
En Banc.

Oct. 23, 1989.

Petition for Writ of Certiorari DENIED.

The PEOPLE of the State of Colorado, Petitioner,

v.

Willie W. JOHNSON, Respondent.

No. 89SC377.

Supreme Court of Colorado,
En Banc.

Nov. 20, 1989.

Petition for Writ of Certiorari GRANTED.